UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR A. BEESON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FCI HERLONG, et al.,<br><br>　　　　　Defendants. | No. 2:25-cv-0276 DAD SCR P<br><br><br>ORDER |

Plaintiff has requested an extension of time to file an application to proceed in forma pauperis pursuant to the court's order filed January 27, 2025. Good cause appearing, IT IS HEREBY ORDERED that:

　　1. Plaintiff's motion for an extension of time (ECF No. 7) is granted; and

　　2. Plaintiff is granted thirty days from the date of this order in which to file an application to proceed in forma pauperis.

DATED: February 18, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE